# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

National Truck Protection Co. Inc.

                              Plaintiff,

v.                                                              Case No.: 1:23−cv−16880

                                                                  Honorable Lindsay C. Jenkins

Crown Point Truck & Trailer Repair Center Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 29, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's motion for entry of default and default judgment [9] is granted. Enter order. Civil case closed. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.